ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: April 23, 2015  
START: 3:50 p.m.  
END: 4:00 pm

DOCKET NO: 14-CV-6485 (ILG)  
CASE: Bell v. City of New York, et al.

- [x] INITIAL CONFERENCE
- [ ] DISCOVERY CONFERENCE
- [ ] SETTLEMENT CONFERENCE
- [ ] MOTION HEARING
- [ ] OTHER/ORDER TO SHOW CAUSE
- [ ] FINAL/PRETRIAL CONFERENCE
- [ ] TELEPHONE CONFERENCE
- [ ] INFANT COMPROMISE HEARING

| PLAINTIFF | ATTORNEY |
|---|---|
| | Failed to appear |
| | |
| | |

| DEFENDANT | ATTORNEY |
|---|---|
| | Deborah Mbabazi |
| | |
| | |

- [x] FACT DISCOVERY TO BE COMPLETED BY October 23, 2015
- [x] NEXT settlement CONFERENCE SCHEDULED FOR June 25, 2015 2:00pm
- [ ] JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY _____
- [ ] PL. TO SERVE DEF. BY: _____   DEF. TO SERVE PL. BY: _____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Automatic disclosures shall be exchanged by May 7, 2015.

Pleadings may be amended and new parties added until May 22, 2015.

Plaintiff's counsel, who failed to appear for today's conference, is directed to explain his absence, via ECF, by April 27, 2015.