**Zaltzberg & Hutchinson LLC**
**305 Broadway Suite 900**
**New York, NY 10007**
**212-323-7418**

4/24/15

**BY ECF**
The Honorable Roanne L. Mann
United States Courthouse
225 Cadman Plaza
Brooklyn, NY 11201

Re:  *Bell v. City of New York 14CV06485*

Your Honor:

I represent the plaintiff in this civil rights matter.  I am writing regarding the scheduling conference on April 23, 2015.

I would like to apologize to both your honor and opposing counsel for my absence at the scheduling conference.  I understand that my absence was unprofessional and created a delay in this case.  My failure to attend was due to an unfortunate scheduling error at our firm, and want to assure all parties it will not happen again.

Respectfully,

Brian Hutchinson